No. 993. UNION SULPHUR COMPANY *v.* FREEPORT TEXAS COMPANY. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles Neave* and *Mr. Frederick P. Fish* for petitioner. *Mr. Elihu Root, Mr. Livingston Gifford, Mr. Samuel R. Betts, Mr. James R. Sheffield* and *Mr. Joseph C. Fraley* for respondent.

———————

No. 1000. HENRY W. GORDON ET AL. *v.* STEAMSHIP CUBADIST, HARRY L. MICHELSON, CLAIMANT. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alexander T. Howard* for petitioners. No appearance for respondent.

———————

No. 399. ENRIQUE FLORES MAGON ET AL. *v.* UNITED STATES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank P. Walsh* for petitioners. *The Solicitor General* and *Mr. Assistant Attorney General Frierson* for the United States.

———————

CASES DISPOSED OF WITHOUT CONSIDERA-
TION BY THE COURT, FROM MARCH 3, 1919,
TO MAY 19, 1919.

No. 482. DORSEY LAND & LUMBER COMPANY *v.* BOARD OF DIRECTORS OF GARLAND LEVEE DISTRICT. Error to the Supreme Court of the State of Arkansas. March 3, 1919. Dismissed with costs, per stipulation. *Mr. William H. Arnold* for plaintiff in error. *Mr. Henry Moore, Jr.,* for defendant in error.